1

2

3                                                              JS-6

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   Marlayna Wagner,              )   Case No. **CV 09-2201-JFW (CWx)**
                                    )
12             Plaintiff,          )   **ORDER DISMISSING CIVIL ACTION**
                                    )
13        v.                       )
                                    )
14   Air Tahiti Nui, et al.,       )
                                    )
15             Defendants.         )
     _____)
16

17

18       THE COURT has been advised by counsel that this action

19   has been settled, or is in the process of being settled.

20       IT IS THEREFORE ORDERED that this action is hereby

21   dismissed without prejudice to the right, upon good cause

22   shown by April 24, 2010, to re-open the action if settlement

23   is not consummated.  During this period, this Court retains

24   full jurisdiction over this action and this Order shall not

25   prejudice any party to this action.

26   / / /

27   / / /

28

(Rev. 2/15/08)

1        In the event a motion or *ex parte* application to re-open

2   is not filed by April 24, 2010, the dismissal of this action

3   will be with prejudice.

4

5   Dated: March 3, 2010

6                                        JOHN F. WALTER
                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28